# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10-CR-14-06

United States of America,

V

Humberto Longoria Moreno;
AKA: BETO



## ORDER

**THIS MATTER** is before the Court by the request of the Clerk of Court to return the cash bond deposited with the Clerk as security for the appearance of Defendant Humberto L. Moreno.

Mr. Moreno was sentenced by this Court on May 31, 2012, to a term of immediate imprisonment and was remanded to the custody of the United States Marshal. Therefore, the conditions of the security bond for the appearance of Mr. Moreno at his court hearings have been satisfied and the $2,500.00 cash bond deposited by Ms. Cynthia Ann Arredondo is to be returned to her by the Clerk of Court.

**IT IS, THEREFORE, ORDERED,** that the Clerk of Court return $2,500.00 to Ms. Cynthia Ann Arredondo of 300 E. Expressway 83, Ste N, Pharr, Texas.

**IT IS SO ORDERED.**

Signed: _March 28_, 2013.

Martin Reidinger
United States District Judge